| | | |
|---|---|---|
| **01/28/2020** | **TUESDAY** | **Judge Peter C McKittrick** |
| **10:30**  19-6026 pcm ap | Hathaway et al v. Berman | |
| 19-60230 | **Continued Pretrial Conference** | |
| | Gennise Hathaway - pla | KEITH D KARNES  x |
| | William John Berman - dft | NICHOLAS J HENDERSON  x |
| | | Teresa Pearson-Columbia CU |

Evidentiary Hearing:   Yes: ☐   No: ☒

Mr. Karnes thinks a motion for SJ is appropriate for 523 claims. They are preparing the motion.

Motion to be filed by February 24th if answer filed. 2 day trial set for August 20-21, 2020. Final pretrial to be held on August 3, 2020 at 9:30 am by telephone.

The Motion for class certification filed in main case will be stricken because it does not include a notice of motion as required by LBR 9013(b)(1). If it is stipulated, Mr Karnes may also upload order with new motion. If no stipulation to motion, LBR 9013(b)(1) must be complied with.

Mr. Karnes to upload order denying earlier summary judgment as requested in November, by Friday January 31.

Order to be prepared by:   ☐ Clerk's Office   ☐ Chamber   ☐ _____

**OD3 - Dismissal Order**
  #1 _____ Settled _____ (21) days.
  #2 _____ to Prepare Judgement/order _____ (21) days.
  #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
  #1 _____ Planning Conf. by ____-____-____ / Conf. Report by ____-____-____.
  #2 _____ Planning Conf. by ____-____-____/ No report.
  #3 _____ Discovery can proceed.
  #4 _____ No Planning Conf./Initial disclosures by ____-____-____.
  #5 _____ Discovery limited to _____.

Docket Entry:

Run Date:   01/27/20

Case 19-06026-pcm   Doc 42   Filed 01/28/20