PETER SZANTO 949-887-2369
11 Shore Pine
Newport Beach CA 92657

# United States Bankruptcy Court

## in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

| | |
|---|---|
| **In Re Peter Szanto**<br><br>**Debtor**<br><br>===============<br><br>US Trustee, plaintiff<br><br>v.<br><br>Szanto, defendant,<br><br>counter claimant<br><br>v.<br><br>U.S Trustee, et al,<br><br>defendants | **# 16 –bk-33185 pcm7**<br><br>**Adversarial 18-ap-03022-pcm**<br><br>**Debtor / Defendant's:**<br><br>**Notice of Joinder**<br><br>Hon. Judge Peter C. McKittrick, presiding |

To the Court and the plaintiff and Nicholas Henderson and Marissa Henderson, comes now debtor, defendant joining indispensable parties to this action.

16-bk-33185 / 18-3022              JOINDER NOTICE- July 24 --2018 – pg. 1

Pursuant to Federal Rule of Civil Procedure #19, made applicable to these proceedings by FRBP 7019, defendant now joins to this action certain required parties, **Nicholas Henderson and Marissa Henderson,** without whom complete relief is not possible.

**(1) Nicholas Henderson and Marissa Henderson** are persons who are subject to service of process of this Court and whose joinder will not deprive the court of subject-matter jurisdiction. For that reason **Nicholas Henderson and Marissa Henderson** must be joined as parties, because:

a. In the absence of **Nicholas Henderson and Marissa Henderson**, this Court cannot accord complete relief among existing parties, because **Nicholas Henderson and Marissa Henderson, supplied the current plaintiff with crucial perjury which allowed plaintiff to prevail at the first trial of entire matter herein.**

b. Joinder of **Nicholas Henderson and Marissa Henderson** will not impair or impede any person's ability to protect their interest in this matter.

Respectfully,

Dated 7-25 / 2018    /s/ _____ Peter Szanto

16-bk-33185 / 18-3022         JOINDER NOTICE- July 24 --2018 – pg. 2

# PROOF OF SERVICE

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623. On the date indicated below, I personally served the within:

<u>Notice of Joinder</u>   upon:

                Office of the US Trustee
                620 SW Main St. # 213
                Portland OR 97205

| Nicholas Henderson | Marissa Henderson |
|---|---|
|  | c/o Litigation Services |
| 117 SW Taylor St. | 3770 Howard Hughes Pkway |
|  | # 300 |
| Portland OR 97204 | Las Vegas NV 86169 |

by mailing copies to the above parties *via* 1st class mail, postage prepaid, or by e-mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

Dated 7-25-2018   /s/ *Maquisha Reynolds* **Maquisha Reynolds**

16-bk-33185 / 18-3022      JOINDER NOTICE- July 24 --2018 — pg. 3

US BANKRUPTCY COURT
DISTRICT OF OREGON

2018 JUL 26 AM 10: 03

LODGED___ REC'D___

PAID___ DOCKETED___

ORIGIN ID:DTHA (949) 887-2369
SZANTO
SZANTO
P.O. BOX 14894
IRVINE, CA 92623
UNITED STATES US

SHIP DATE: 25JUL18
ACTWGT: 0.50 LB
CAD: 112243018/INET4040

BILL SENDER

TO CLERK-DIST OREGON
US BANKRUPTCY COURT PORTLAND
1001 SW 5TH AVE #700
ROOM 700 @ 1001 SW 5TH AV
PORTLAND OR 97204
(503) 610-0865 REF:
INV:
PO: DEPT:

FedEx Express

THU – 26 JUL AA
STANDARD OVERNIGHT

FedEx
TRK# 7728 1951 3436
0201

WS MRIA

97204
OR-US PDX



#2626708 07/25 552J2/8532/DCA5

Extremely Urgent