Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. |
| PETER SZANTO, ) | 16-33185-pcm7 |
| ) | |
| Debtor. ) | |
| ) | |
| UNITED STATES TRUSTEE, ) | Adversary No. 18-3022-pcm |
| ) | |
| Plaintiff, ) | ORDER DENYING MOTION TO |
| ) | QUASH (Doc. 77) |
| v. ) | |
| ) | |
| PETER SZANTO, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Fed. R. Civ. P. 45(d)(3), made applicable by Fed. R. Bankr. P. 9016, Debtor Peter Szanto moves to quash a subpoena directed to Discover Card Financial (the Bank)(the Motion). Doc. No. 77. The subpoena requires the Bank to produce documents to the Office of the U.S. Trustee in Chicago, Illinois. See Doc. No. 77, Exhibit A.

Fed. R. Civ. P. 45 states that a motion to quash or modify a subpoena must be filed in "the court for the district where compliance is

Page 1 - ORDER DENYING MOTION TO QUASH (Doc. 77)

required . . . ." Fed. R. Civ. P. 45(d)(3)(A).  Because the place where compliance is required lies outside this court's district, this court lacks jurisdiction to resolve the Motion.  Therefore,

   IT IS HEREBY ORDERED that Debtor's motion is denied without prejudice to refile in compliance with Fed. R. Civ. P. 45.

                                   ###

cc:  Peter Szanto
     Carla McClurg

Page 2 -  ORDER DENYING MOTION TO QUASH (Doc. 77)