Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | Bankruptcy Case No. |
| PETER SZANTO, | 16-33185-pcm7 |
| Debtor. | |
| UNITED STATES TRUSTEE, | Adversary No. 18-3022-pcm |
| Plaintiff, | ORDER |
| v. | |
| PETER SZANTO, | |
| Defendant. | |

For the reasons set forth in the Court's letter dated October 11, 2018, Doc. 139,

IT IS HEREBY ORDERED that Debtor's counterclaims against the United States Trustee are dismissed.

IT IS FURTHER ORDERED that Debtor's demand for a jury trial in this adversary proceeding is stricken.

IT IS FURTHER ORDERED that this Court has the jurisdiction and

Page 1 - ORDER

Constitutional authority to enter final judgment in this matter.

###

cc: Peter Szanto
    Carla McClurg

Page 2 - ORDER