Below is an Order of the Court.

                      _____
                      PETER C. McKITTRICK
                      U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | Bankruptcy Case No. |
| PETER SZANTO, | 16-33185-pcm7 |
| Debtor. | |
| UNITED STATES TRUSTEE, | Adversary No. 18-3022-pcm |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 150) |
| PETER SZANTO, | |
| Defendant. | |

The Court has set a hearing on November 13, 2018, (the Hearing) on Debtor's motions to compel discovery (the Motions to Compel)(Docs. 47-50). On November 6, 2018, Debtor filed a Notice of Motion and Motion Pursuant to Fed. Rule of Bankruptcy Procedure 9006(b)(1) to Extend Date of Hearing of 11/13/2018 (the Motion). Doc. 150. Debtor argues that the Hearing should be delayed for some indeterminate amount of time so that he can obtain evidence to disprove certain statements made by the United

Page 1 - ORDER DENYING MOTION (Doc. 150)

States Trustee (the UST) in a supplemental objection (the Supplemental Objection) to the Motions to Compel the UST filed on October 26, 2018. Doc. 146. In the Supplemental Objection, the UST states that it has tried to provide Debtor with certain documents and information but that Debtor has failed to accept delivery or communicate with the UST on the topic. The Supplemental Objection restates representations made by the UST in documents filed on October 3, 2018. See Docs. 108; 109. Therefore, Debtor's statement in the Motion that he first learned of the UST's contentions on November 1, 2018, when he allegedly received the Supplemental Objection, is false.

At the Hearing, the Court intends to address the Motions to Compel and, in the interest of judicial efficiency, facilitate the production of discovery to which Debtor is entitled, without regard to earlier attempts by the UST to produce documents or the reason those attempts were not successful. As a result, there is no reason to set over the Hearing and delay proceedings in this matter

The Court has considered any additional arguments raised by Debtor in the Motion. The Court has already addressed and rejected some of those arguments in earlier orders. Any remaining arguments are irrelevant and/or without merit. Therefore,

IT IS HEREBY ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the Hearing will take place as scheduled on November 13, 2018.

###

cc: Peter Szanto
    Carla McClurg