

**U.S. Department of Justice**

Office of the United States Trustee

District of Oregon

| | |
|---|---|
| 620 SW Main St., Rm 213 | Main (503) 326-4000 |
| Portland, Oregon 97205 | Fax (503) 326-7658 |
| Email: carla.mcclurg@usdoj.gov | Direct Dial: (503) 326-7659 |

November 16, 2018

Hon. Peter C. McKittrick
United States Bankruptcy Court
District of Oregon
1001 SW Fifth Avenue, Seventh Floor
Portland, OR 97204

    Re:    *United States Trustee v. Peter Szanto*, Adversary No. 18-3022-pcm
             Report requested by Court during hearing on November 13, 2018

Dear Judge McKittrick,

    Pursuant to the Court's instructions at the hearing in the above-captioned matter on November 13, 2018, I emailed defendant Peter Szanto inquiring about his preference for delivery of CDs containing electronic copies of non-privileged documents and information by the United States Trustee. Mr. Szanto responded on November 14, 2018 and advised me that he preferred that that the CDs be delivered by Federal Express to his residence with no signature required.

    Today the United States Trustee shipped via Federal Express (no signature required) to Mr. Szanto's residence CDs containing non-privileged documents and information described on the cover letter attached to this letter as Exhibit 1. I also emailed Mr. Szanto today and provided the password to access the information on the password-protected CD along with the Federal Express tracking number so he can track the package.

Very truly yours,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

*/s/ Carla Gowen McClurg*
CARLA GOWEN McCLURG
Trial Attorney

cc:    Peter Szanto (via email)

# Exhibit 1



**U.S. Department of Justice**

Office of the United States Trustee

District of Oregon

| | |
|---|---|
| 620 SW Main St., Rm 213 | Main (503) 326-4000 |
| Portland, Oregon 97205 | Fax (503) 326-7658 |
| Email: carla.mcclurg@usdoj.gov | Direct Dial: (503) 326-7659 |

November 16, 2018

Peter Szanto
11 Shore Pine
Newport Beach CA 92657

*Via Federal Express Delivery*

Re: *United States Trustee v. Peter Szanto*, Adversary No. 18-3022-pcm
    CDs with documents and information enclosed

Dear Mr. Szanto,

With this letter, the United States Trustee is providing to you non-privileged documents and other information used to prepare the United States Trustee's Complaint for Denial of Discharge filed on March 5, 2018, ECF No. 1 (the "Complaint"). The United States Trustee is providing documents and information to you in the interests of moving the above litigation along. By providing the information and documents enclosed with this letter, the United States Trustee does not waive any objections to the Debtor/Defendant's First Request for Production of Documents dated June 2, 2018; Debtor/Defendant's First Interrogatory Request dated June 2, 2018; Debtor/Defendant's Exemplification of First Interrogatory Request dated June 2, 2018; and Debtor/Defendant's Second Interrogatory Request dated June 3, 2018.

Enclosed with this letter is a password-protected encrypted CD marked "Documents from UST" containing the documents that are outlined below. Today I emailed the password to you that you can use to access the files on the CD marked "Documents from UST." Also included in a CD marked "Fed Ex Surveillance" containing the December 4, 2017 surveillance footage from the FedEx Office Location at 3992 Barranca Parkway, Irvine, California, which was produced by FedEx to the United States Trustee.

### **Documents Included on CD Marked "Documents from UST"**

The United States Trustee relied upon a number of different categories of documents in preparing the Complaint. Some of the documents enclosed are organized in folders according to categories. A small number of documents are not included in folders. The documents enclosed on the CD marked "Documents from UST" include the documents identified in the table that follows below.

| Folder | File Name | Bates No. | Brief Description |
|---|---|---|---|
| 01 Bank Documents | BOA 2779 | BKU0748-BKU0781 | Bank of America ("BOA") statements for account # ending 2779 for 12/23/15 – 8/23/16 |
| 01 Bank Documents | BOA 4345 (YTC) | BKU 0225 – BKU 0250 | BOA account statements for account # ending 4345 for 3/11/16 – 8/31/16 |
| 01 Bank Documents | BOA 8245 (YTC) | BKU 0151 – BKU 0184 | BOA account statements for account # ending 8245 for 1/1/16 – 8/31/16 |
| 01 Bank Documents | BOA 8699 | BKU 0087 – BKU 0117 | BOA account statements for account # ending 8699 for 12/29/15 – 8/26/15 |
| 01 Bank Documents | Cathay Bank | BKU 4768 – BKU 4781 | Cathay Bank account statements for account # ending 7244 for 12/20/15 – 9/30/16 |
| 01 Bank Documents | HSBC 0793 | BKU 0515 – BKU 0523 | HSBC account statements for account # ending 0793 for 1/26/17 – 6/30/17 |
| 01 Bank Documents | HSBC 2046 | BKU 0497 – BKU 0507 | HSBC account statements for account # ending 2046 for 1/1/16 – 9/30/16 |
| 01 Bank Documents | HSBC 7256 | BKU 0473 – BKU 0495 | HSBC account statements for account # ending 7256 for 4/13/16 – 6/30/17 |
| 01 Bank Documents | HSBC 8316 | BKU 0443 – BKU 0447 | HSBC account statements for account # ending 8316 for 1/30/16 – 9/30/16 |
| 01 Bank Documents | HSBC 9269 | BKU 0371 – BKU 0426 | HSBC account statements for account # ending 9269 for 12/19/15 – 7/21/17 |
| 01 Bank Documents | OneWestBank | BKU 0283 – BKU 0317 | OneWest Bank account statements for account # ending 0136 for 1/1/16 – 8/31/16 |
| 01 Bank Documents | Union 2572 | BKU 0584 – BKU 0680 | Union Bank account statements and items for account # ending 2572 for 1/1/16 – 7/31/17 |
| 01 Bank Documents | Union 2580 | BKU 0685 – BKU 0722 | Union Bank account statements for account # ending 2580 for 1/1/16 – 7/31/17 |
| 01 Bank Documents | Union 8286 | BKU 0724 – BKU 0732 | Union Bank account statements for account# ending 8286 for 12/24/15 – 8/24/16 |
| 02 Investment Account Documents | ETrade Peter Szanto LLC 5272 | BKU 3375 – BKU 3524 | E*Trade account statements and documents for account # ending 5272 for 9/30/17 – 10/30/17 |
| 02 Investment Account Documents | ETrade YTC 7246 Opening | BKU 3142 – BKU 3143 | E*Trade account opening documents for account # ending 7246 |
| 02 Investment Account Documents | ETrade YTC 7246 Stmt | BKU 0918 – BKU 0921 | E*Trade account statement for account # ending 7246 for 10/1/16 – 10/31/16 |

| Folder | File Name | Bates No. | Brief Description |
|---|---|---|---|
| 02 Investment Account Documents | Ford | BKU 4808 – BKU 4820 | Ford Motor Credit Company LLC documents for account # ending 3843 for 1/1/19 – 6/30/17 |
| 03 OR Docket Items | 1 – Petition | | Bankruptcy petition filed in Bankruptcy Court for the District of Oregon in Case No. 16-33815-pcm7 (the "OR Case") on 8/16/16, ECF No. 2 |
| 03 OR Docket Items | 20 – Missing Documents | | ECF No. 20 filed in the OR Case on 8/30/16 |
| 03 OR Docket Items | 101 – Disclosure Statement | | ECF No. 101 filed in the OR Case on 5/8/17 |
| 03 OR Docket Items | 102 – Amended Plan | | ECF No. 102 filed in the OR Case on 5/8/17 |
| 03 OR Docket Items | 131 – 6-29-17 Hearing Audio | | ECF No. 131 filed in the OR Case on 7/5/17 with audio from the hearing conducted on 6/29/17 |
| 03 OR Docket Items | 137 – Szanto Bank Account Motion | | ECF No. 137 filed in the OR Case on 7/25/17 |
| 03 OR Docket Items | 140 – Order re Bank Account Motion | | ECF No. 140 filed in the OR Case on 7/27/17 |
| 03 OR Docket Items | 180 – Notice Special Meeting of Creditors | | ECF No. 180 filed in the OR Case on 9/12/17 |
| 03 OR Docket Items | 185 – IRS Motion to Convert or Appt Trustee | | ECF No. 185 filed in the OR Case on 9/20/17 |
| 03 OR Docket Items | 185a – Exhibits to IRS Motion to Convert or Appt Trustee | | ECF No. 185-1 filed in the OR Case on 9/20/17 |
| 03 OR Docket Items | 209 – Notice Cont'd Special Meeting | | ECF No. 209 filed in the OR Case on 10/19/17 |
| 03 OR Docket Items | 241 - UST Objection to Confirmation | | ECF No. 241 filed in the OR Case on 11/15/17 |

| Folder | File Name | Bates No. | Brief Description |
|---|---|---|---|
| 03 OR Docket Items | 272 – Order Limiting Transfer of Estate Property | | ECF No. 272 filed in the OR Case on 11/30/17 |
| 03 OR Docket Items | 278 – Order Converting Case to Chapter 7 | | ECF No. 278 filed in the OR Case on 12/5/17 |
| 03 OR Docket Items | 401 – Arnot Declar | | ECF No. 401 filed in the OR Case on 2/23/18 |
| 03 OR Docket Items | Susan Szanto Claim | | Proof of claim filed naming creditor Susan Szanto on 2/26/18 in the OR Case |
| 03 OR Docket Items | Susan Szanto Claim Attachment | | Documents attached to proof of claim filed naming creditor Susan Szanto on 2/26/18 in the OR Case |
| 04 Filed MORs | 33 – Aug 2016 MOR | | ECF No. 33 filed on 9/21/16 in the OR Case |
| 04 Filed MORs | 42 – Sept 2016 MOR | | ECF No. 42 filed on 10/19/16 in the OR Case |
| 04 Filed MORs | 49 – Oct 2016 MOR | | ECF No. 49 filed on 11/21/16 in the OR Case |
| 04 Filed MORs | 63 – Nov 2016 MOR | | ECF No. 63 filed on 12/21/16 in the OR Case |
| 04 Filed MORs | 64 – Dec 2016 MOR | | ECF No. 64 filed on 1/23/17 in the OR Case |
| 04 Filed MORs | 72 – Jan 2017 MOR | | ECF No. 72 filed on 2/21/17 in the OR Case |
| 04 Filed MORs | 82 – Feb 2017 MOR | | ECF No. 82 filed on 3/21/17 in the OR Case |
| 04 Filed MORs | 98 – March 2017 MOR | | ECF No. 98 filed on 4/21/17 in the OR Case |
| 04 Filed MORs | 107 – April 2017 MOR | | ECF No. 107 filed on 5/18/17 in the OR Case |
| 04 Filed MORs | 124 – May 2017 MOR | | ECF No. 124 filed on 6/21/17 in the OR Case |
| 04 Filed MORs | 134 – June 2017 MOR | | ECF No. 134 filed on 7/21/17 in the OR Case |
| 04 Filed MORs | 165 – MOR July 2017 | | ECF No. 165 filed on 8/21/17 in the OR Case |
| 04 Filed MORs | 197 – August 2017 MOR | | ECF No. 197 filed on 9/28/17 in the OR Case |

| Folder | File Name | Bates No. | Brief Description |
|---|---|---|---|
| 04 Filed MORs | 224 – Sept 2017 MOR | | ECF No. 224 filed on 11/2/17 in the OR Case |
| 04 Filed MORs | 277 – Oct 2017 MOR | | ECF No. 277-1 filed in the OR Case on 12/5/17 |
| 05 MORs and Bank Statements from Szanto | PET 0012-35 9.16 | PET 0012 – PET 0035 | Monthly Operating Report ("MOR") and bank documents provided to the United States Trustee ("UST") by Peter Szanto ("Szanto") for September 2016 |
| 05 MORs and Bank Statements from Szanto | PET 0036-59 10.16 | PET 0036 – PET 0059 | MOR and bank documents for October 2016 provided by Szanto to the UST |
| 05 MORs and Bank Statements from Szanto | PET 0060-83 11.12 | PET 0060 – PET 0083 | MOR and bank documents for November 2016 provided by Szanto to the UST |
| 05 MORs and Bank Statements from Szanto | PET 0084-107 12.16 | PET 0084 – PET 0107 | MOR and bank documents for December 2016 provided by Szanto to the UST |
| 05 MORs and Bank Statements from Szanto | PET 0108-131 1.17 | PET 0108 – PET 0131 | MOR and bank documents for January 2017 provided by Szanto to the UST |
| 05 MORs and Bank Statements from Szanto | PET 0132-135 2.17 BK STMT | PET 0132 – PET 0135 | Bank document for February 2017 provided by Szanto to the UST |
| 05 MORs and Bank Statements from Szanto | PET 0136-156 2.17 | PET 0136 – PET 0156 | MOR for February 2017 provided by Szanto to the UST |
| 05 MORs and Bank Statements from Szanto | PET 0157-180 3.17 | PET 0157 – PET 0180 | MOR and bank documents for March 2017 provided by Szanto to the UST |
| 05 MORs and Bank Statements from Szanto | PET 0181-204 4.17 | PET 0181 – PET 0204 | MOR and bank documents for April 2017 provided by Szanto to the UST |
| 05 MORs and Bank Statements from Szanto | PET 0205-226 5.17 | PET 0205 – PET 0226 | MOR and bank documents for May 2017 provided by Szanto to the UST |
| 05 MORs and Bank Statements from Szanto | PET 0227-246 6.17 | PET 0227 – PET 0246 | MOR for June 2017 provided by Szanto to the UST |
| 05 MORs and Bank Statements from Szanto | PET 0247-248 6.17 ub 2572 6-17 | PET 0247 – PET 0248 | Bank document for Union Bank account # ending 2572 for June 2017 provided by Szanto to the UST |

Peter Szanto
November 16, 2018
Page 6

| Folder | File Name | Bates No. | Brief Description |
|---|---|---|---|
| 05 MORs and Bank Statements from Szanto | PET 0249 6.17 ub 2580 6-17 | PET 0249 | Bank document for Union Bank account # ending 2580 for June 2017 provided by Szanto to the UST |
| 05 MORs and Bank Statements from Szanto | PET 0250-273 7.17 | PET 0250 – PET 0273 | MOR and bank documents for July 2017 provided by Szanto to the UST |
| 05 MORs and Bank Statements from Szanto | PET 0274-275 Eml re DIP acct 7.26 | PET 0274 – PET 0275 | Email exchange between Szanto and UST Trial Attorney on 7/26/17 |
| 05 MORs and Bank Statements from Szanto | PET 0276-0301 szanto AUG-17 MOR | PET 0276 – PET 0301 | MOR and bank documents for August 2017 provided by Szanto to the UST |
| 05 MORs and Bank Statements from Szanto | PET 0454-479 9.17 | PET 0454 – PET 0479 | MOR and bank documents for September 2017 provided by Szanto to the UST |
| 06 Docket items non-OR matters | CD Cal Petition | | Chapter 13 bankruptcy petition filed by Szanto in the Central District of California on 2/7/13, Case No. 8:13-bk-11148-CB, ECF No. 1 |
| 06 Docket items non-OR matters | Disso Docket | | Docket printout for case #13D001377 |
| 06 Docket items non-OR matters | Nev Doc 65 – Szanto Response | | ECF No. 65 filed by Szanto in the United States Bankruptcy Court for the District of Nevada in Case No. 13-51261-gwz on 10/1/13 |
| 06 Docket items non-OR matters | Nevada Petition | | Chapter 11 bankruptcy petition filed by Szanto in the District of Nevada on 6/23/13, Case No. 13-51261-gwz, ECF No. 1 |
| 07 MA SOS Docs | YTC 1.29.16 Stmt Change Supp Info | | Statement of Change of Supplemental Information filed for The Yankee Trust Corporation with the Massachusetts Secretary of State on 1/29/16 |
| 07 MA SOS Docs | YTC Articles Organization | | Articles of Organization for The Yankee Trust Corporation filed with the Massachusetts Secretary of State on 12/8/14 |
| 08 OR SOS Docs | Peter Szanto LLC Articles of Organization | | Articles of Organization for Peter Szanto, LLC filed with the Oregon Secretary of State on 8/22/17 |
| 09 Special Meeting | UST 0022-0028 11.9.17 | UST 0022 – UST 0028 | Email exchange between Szanto and UST Trial Attorney on 11/9/17 |

| Folder | File Name | Bates No. | Brief Description |
|---|---|---|---|
| 09 Special Meeting | UST 0029-0030 | UST 0029 – UST 0030 | Email from UST Trial Attorney to Szanto on 11/16/17 |
| 10 Fed Ex | FED 0001 | FED 0001 | Certification of Business Records dated 12/27/17 regarding 12/4/17 video surveillance footage |
| 10 Fed Ex | Fed Ex Tracking | | Fed Ex Tracking information for #770902241395 |
| 10 Fed Ex | FXP 0001-FXP 0005 | FXP 0001 – FXP 0005 | Documents produced by FedEx Express to the UST on 1/4/18 |
| | LIT 0001-LIT 0013 | LIT 0001 – LIT 0013 | Documents produced by Litigation Services and Technologies of Nevada, LLC to the UST on 11/22/17 |
| | PET 0302-318 | PET 0302 – PET 0318 | Email and attachments from Szanto to UST Trial Attorney on 10/10/17 |
| | PET 0337-375 | PET 0337 – PET 0375 | Email and attachments from Szanto to UST Trial Attorney on 9/6/17 |
| | PET 0507-534 | PET 0507 – 0534 | Email and attachments from Szanto to UST Trial attorney on 11/20/17 |
| | PET 0535-PET 0536 | PET 0535 – PET 0536 | Exhibit A introduced into evidence by Szanto during hearing on 11/29/17 |

Please contact me during regular working hours at (503) 326-7659 if you have difficulty opening the files included on the enclosed CDs as described in this letter. You may also reach my colleague, United States Trustee Trial Attorney Martin Smith, at (206) 553-2000, extension 251, as he will be assuming primary responsibility for handling this matter. Thank you.

Very truly yours,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

*Carla Gowen McClurg*

CARLA GOWEN McCLURG
Trial Attorney

Enclosures as described above