

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

**PETER C. McKITTRICK**
BANKRUPTCY JUDGE

1001 S.W. FIFTH AVENUE, # 700
PORTLAND, OREGON 97204
(503) 326-1536

M. CAROLINE CANTRELL
LAW CLERK
BEN COLEMAN-FIRE
LAW CLERK
TONIA McCOMBS
LAW CLERK

December 18, 2018

TRANSMITTED VIA ECF

Peter Szanto
11 Shore Pine
Newport Beach, CA 9265

    Re: United States Trustee v. Szanto, Adv. No. 18-3022-pcm
    Phone Hearing Attendance

Dear Mr. Szanto:

I write to address your voicemail you left my court room deputy at 8:58 am this morning regarding this morning's 9 a.m. status conference. Your message stated that you were having difficulty getting through on the court's conference line. You said you were in a remote location in southern California, and that may have accounted for the difficulty. I can confirm that the line was functioning properly because the United States Trustee successfully dialed in and participated in the hearing.

You should assume that the courtroom deputy will not be picking up her phone or listening to voicemail messages immediately prior to hearings. In the event you have difficulty connecting in the future, I suggest you contact my chambers line at 503-326-1536, or call the general line at 503-326-1500. However, it is your responsibility to ensure you are at a location to call in which has adequate reception to both dial in and be clearly heard. Hearings will move forward whether you are on the line or not. As I am sure you will recall, the last hearing in this case concluded without your participation on the line because your reception was extremely poor, and you eventually lost contact.

You are correct that your record for timely attendance at hearings has been very good, and I expect you will be able to adjust your location and schedule in the future to avail yourself of the

privilege of appearing by phone at these hearings. The record of proceeding and the courtspeak audio file for today's hearing will be available shortly via PACER.

Sincerely,

PETER C. MCKITTRICK
Bankruptcy Judge

cc: Martin Smith
Hillary Mohr