Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In Re:<br><br>PETER SZANTO,<br><br>        Debtor.<br><br>UNITED STATES TRUSTEE,<br><br>        Plaintiff,<br><br>  v.<br>PETER SZANTO,<br><br>        Defendant. | Bankruptcy Case<br>No. 16-33185-pcm7<br><br>Adv. Proc. No. 18-3022-pcm<br><br>ORDER |
|---|---|

    For the reasons enumerated in the letter ruling dated January 10, 2019, entered as docket no. 167 (the Letter Ruling) and in the interest of justice and good cause appearing therefor,

    IT IS HEREBY ORDERED that defendant's First Motion for Order Compelling Discovery and Disclosure, doc. 47, Second Motion for Order Compelling Discovery and Disclosure, doc. 48, Third Motion for Order Compelling Discovery and Disclosure, doc. 49, and Fourth Motion for Order Compelling Discovery and Disclosure (hereinafter collectively "Discovery Motions") are PARTIALLY GRANTED. The UST should produce

Page 1 – ORDER

documents and a privilege log in conformance with the Letter Ruling no later than 14 days after the entry of this order.  The Court will freely consider an extension of the 14-day deadline in the event the current government shutdown impacts the UST's ability to comply.  The remainder of the Discovery Motions are DENIED.

    IT IS FURTHER ORDERED that, for the reasons stated in the Letter Ruling, debtor's Motion for Terminating Sanctions, doc. 157, and Rule 9011 Motion, doc. 159, are DENIED.

###

Cc:  Mr. Szanto
     UST

Page 2 – ORDER