Jonas V. Anderson, VA SB #78240
Acting Assistant United States Trustee
Martin L. Smith, WSBA #24861
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Tel: (503) 326-7659
Email: martin.l.smith@usdoj.gov

Attorneys for Gregory M. Garvin,
Acting United States Trustee for Region 18, Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| In re<br><br>Peter Szanto,<br><br>Debtor. | Case No.  16-33185-pcm7 |
| United States Trustee,<br><br>Plaintiff,<br><br>  v.<br><br>Peter Szanto,<br><br>Defendant. | Adversary No.  18-03022-pcm<br><br>**UNITED STATES TRUSTEE'S EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLY WITH DISCOVERY DEADLINE** |

The Acting United States Trustee for Region 18, Gregory M. Garvin (the "United States Trustee"), the plaintiff in the above-referenced adversary proceeding, hereby moves for an extension of time to comply with the requirements of the Court's letter ruling dated January 10, 2019, entered as docket no. 167 (the "Letter Ruling') and the Order dated January 1, 2019, entered as docket no. 168 (the "Discovery Order").

The Letter Ruling and the Discovery Order require the United States Trustee to produce certain documents to the defendant herein, and to provide a privilege log, within 14 days after

**Page 1 of 2 – MOTION FOR EXTENSION OF TIME**

entry of the Discovery Order. The United States Trustee's offices in Portland and Seattle are currently shut down for all intents and purposes, with very limited staff providing only minimal "excepted" services until the partial government shutdown ends. Under these extraordinary circumstances, the United States Trustee requests additional time to comply with the Letter Ruling and the Discovery Order. The United States Trustee proposes he be allowed to have until 14 days after the first business day following the end of the partial government shutdown to provide the required documents and the applicable privilege log to the Defendant.

DATED this 17th day of January, 2019.

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ Martin L. Smith
Martin L. Smith, WSBA #24861
Trial Attorney