Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Peter Szanto,<br><br>Debtor. | Case No. 16-33185-pcm7 |
| United States Trustee,<br><br>Plaintiff,<br><br>  v.<br><br>Peter Szanto,<br><br>Defendant. | Adversary No. 18-03022-pcm<br><br>**ORDER EXTENDING TIME TO COMPLY WITH DISCOVERY DEADLINE** |

Based on the United States Trustee's Ex Parte Motion for Extension of Time to Comply With Discovery Deadline filed on January 17, 2019, now, therefore,

/ / /

/ / /

/ / /

**Page 1 of 2 - ORDER EXTENDING DISCOVERY DEADLINE**

**IT IS HEREBY ORDERED** that the deadline for the United States Trustee to produce certain documents to the defendant herein, and a privilege log, as set forth in the Court's letter ruling dated January 10, 2019, entered as docket no. 167 and the Order dated January 10, 2019, entered as docket no. 168, shall be 14 days from the first business day following the end of the current partial government shutdown.

# # #