Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In Re:<br><br>PETER SZANTO,<br><br>       Debtor.<br><br>UNITED STATES TRUSTEE,<br><br>       Plaintiff,<br>  v.<br><br>PETER SZANTO,<br><br>       Defendant. | Bankruptcy Case<br>No. 16-33185-pcm7<br><br>Adv. Proc. No. 18-3022-pcm<br><br>ORDER SETTING TRIAL AND AMENDING SCHEDULING AND SUPPLEMENTAL SCHEDULING ORDERS |
|---|---|

The United States Trustee (the UST) has filed a complaint to deny defendant a bankruptcy discharge.

IT IS HEREBY ORDERED that:

1.   The trial in this adversary proceeding will be held on October 23, 24 and 25, 2019, commencing at 9:00 a.m. on October 23 at the United States Bankruptcy Court, District of Oregon, in Courtroom No. 1, located at 1050 SW 6th Avenue, #700, Portland Oregon 97204.

Page 1 - ORDER SETTING TRIAL AND AMENDING SCHEDULING AND SUPPLEMENTAL SCHEDULING ORDERS

2. The Final Pretrial Conference will be held on October 16, 2019, at 1:30 p.m. by telephone.

3. The parties must complete discovery by June 17, 2019.

4. No later than September 25, 2019, the parties shall exchange and deliver to the court (but not electronically file) three copies of all exhibits they intend to introduce in connection with the trial, except impeachment exhibits. The UST and defendant shall also file with the Court a copy of their exhibit lists. The exhibits must be marked and paginated in compliance with LBR 9017-1(b). In addition, exhibits in excess of 10 should be tabbed and presented in a three-ring binder. Except for good cause shown, no exhibits will be received in evidence at the trial unless presented in accordance with this order.

5. Any objections to exhibits based on lack of foundation or authenticity must be filed no later than October 9, 2019. The court will rule on evidentiary objections to the extent possible at the Final Pretrial Conference.

6. No later than September 25, 2019, the parties shall exchange and file with the court a list of any witnesses they intend to have testify at the final hearing. Any witness whose name is not included on a party's witness list will not be allowed to testify, except for good cause shown or solely for the purpose of impeachment.

7. This amended scheduling order shall not be modified except upon a showing of good cause and leave by the court. Any request for any modification of this order must be by written motion supported by an affidavit stating sufficient facts demonstrating good cause, appropriate use of prior time and that the extension/continuance was requested at

the earliest possible time, and no later than three business days before the date for which the extension is sought. The affidavit or declaration supporting any motion to modify this amended scheduling order shall authenticate and include exhibits or documents supporting the factual contentions to the extent such documents or exhibits exist. Any motion not timely filed or adequately supported by evidence may be denied without hearing.

     8. Except as modified herein, the original scheduling order (Doc. 15) and supplemental scheduling order (Doc. 19) remain in full force and effect.

###

Cc: Peter Szanto
    Martin L. Smith