Jonas V. Anderson, VA SB #78240
Acting Assistant United States Trustee
Martin L. Smith, WSBA #24861
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Tel: (503) 326-7659
Email: martin.l.smith@usdoj.gov

Attorneys for Gregory M. Garvin,
Acting United States Trustee for Region 18, Plaintiff

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Peter Szanto,<br><br>Debtor. | Case No. 16-33185-pcm7 |
| United States Trustee,<br><br>Plaintiff,<br><br>    v.<br><br>Peter Szanto,<br><br>Defendant. | Adversary No. 18-03022-pcm<br><br>**DECLARATION OF MARTIN L. SMITH IN SUPPORT OF UNITED STATES TRUSTEE'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS** |

I, Martin L. Smith, declare as follows:

1.   I am employed as a trial attorney by the United States Department of Justice in the Seattle Office of the United States Trustee.

2.   I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify competently thereto.

3.   This declaration is filed in support of the United States Trustee's objection to the Motion for Terminating Sanctions for Plaintiff's Continuing Discovery Abuses filed on February 28, 2019, by Peter Szanto.

DECLARATION

4. Attached hereto as **Exhibit A** is a true and correct copy of an email I sent to Mr. Szanto earlier today.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of March, 2019

/s/ Martin L. Smith
Martin L. Smith

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2019, I served a copy of the foregoing

**DECLARATION OF MARTIN L. SMITH IN SUPPORT OF UNITED STATES TRUSTEE'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS**

by mailing a copy of this document, with Exhibit A, by United States first class mail, postage prepaid, addressed to the following:

Peter Szanto
11 Shore Pine
Newport Beach, CA 92657

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ Cori Gustafson
Cori Gustafson
Paralegal

DECLARATION

| From: | Smith, Martin (USTP) |
|---|---|
| To: | Peter Szanto (szanto.pete@gmail.com) |
| Subject: | Discovery at Santa Ana UST Office |
| Date: | Friday, March 01, 2019 9:38:00 AM |
| Importance: | High |

Mr. Szanto – this morning I reviewed your recently-filed motion to dismiss the UST v. Szanto adversary proceeding, no. 18-3022, and realized that in my letter to you dated February 7, 2019, I inadvertently had the wrong area code for Mr. Cadigan's telephone number. The area code is 714, not the 741 in the letter. I apologize for any inconvenience this has caused you. If you telephone the Santa Ana office at (714) 338-3400, Mr. Cadigan can arrange for you to pick up the discovery documents at your convenience.

In the future, and as I have previously indicated to you, if you have any issue relating to the ongoing litigation you should email me and I will timely respond. Your late-night telephone messages where you vent, but do not leave any specific information about what the issue is, are not conducive or constructive to resolving matters such as the current one which was simply my mistake in transposing the area code numbers.

**Martin L. Smith**
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
(206) 553-2000 ext 251

This message and any attachments are intended only for addressee and may contain information that is privileged, "Limited Official Use," or "Sensitive But Unclassified." If the reader of the message is not the intended recipient, then any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this e-mail message or by telephone at the number above, and delete the message and any attachments from your system. Thank you.