Jonas V. Anderson, VA SB #78240
Acting Assistant United States Trustee
Martin L. Smith, WSBA #24861
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Tel: (503) 326-7659
Email: martin.l.smith@usdoj.gov

Attorneys for Gregory M. Garvin,
Acting United States Trustee for Region 18, Plaintiff

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Peter Szanto,<br><br>Debtor. | Case No. 16-33185-pcm7 |
| United States Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Peter Szanto,<br><br>Defendant. | Adversary No. 18-03022-pcm<br><br>**DECLARATION OF FRANK M. CADIGAN IN SUPPORT OF UNITED STATES TRUSTEE'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS** |

I, Frank M. Cadigan, declare as follows:

1. I am an Assistant United States Trustee employed by the United States Department of Justice in the Santa Ana Office of the United States Trustee.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify competently thereto.

3. This declaration is filed in support of the United States Trustee's objection to the Motion for Terminating Sanctions for Plaintiff's Continuing Discovery Abuses filed on February 28, 2019, by Peter Szanto.

DECLARATION

4. On or about February 4, 2019, we received a disc by Federal Express from the Seattle office of the United States Trustee. The disc contained documents to provide to Mr. Szanto. We printed those documents out, and have them ready for Mr. Szanto to pick up. All he needs to do to receive the documents is come to Suite 7160 on the 7th Floor of the Ronald Reagan Federal Building and United States Courthouse, located at 411 West Fourth Street, Santa Ana, CA., 92701 and present his identification and sign a receipt. Anyone in our office is available to assist him when he arrives, although it would be helpful if he would call to make an appointment first.

5. The documents for Mr. Szanto are in a banker's box on a desk with his name clearly noted in black lettering. The desk is less than six (6) feet from the glass window separating the outer reception area from the secured offices of the Santa Ana, CA., United States Trustee's office. Anyone standing in the reception area can look through the bullet proof glass partition and clearly see the banker's box on the desk with the name "Peter Szanto" on the box. The banker's box containing the documents for Mr. Szanto is the only item on the desk and is clearly visible from the reception area.

6. I was in the Santa Ana office and available the entire work day on February 25, 2019. In the office that day were two female attorneys and two female non-attorney staff members, myself and one male attorney. I have checked with my staff who were present that day, and to the best of my knowledge at no time did Mr. Szanto come to our office that day and ask for me or speak with anyone about obtaining his documents, including any female staff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of March, 2019

Frank M. Cadigan

DECLARATION

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2019, I served a copy of the foregoing

**DECLARATION OF FRANK CADIGAN IN SUPPORT OF UNITED STATES TRUSTEE'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS**

by mailing a copy of this document by United States first class mail, postage prepaid,

addressed to the following:

Peter Szanto
11 Shore Pine
Newport Beach, CA 92657

                                        GREGORY M. GARVIN
                                        Acting United States Trustee for Region 18

                                        /s/ Cori Gustafson
                                        Cori Gustafson
                                        Paralegal