| | | |
|---|---|---|
| 02/05/2020 | **WEDNESDAY** | **Judge Peter C McKittrick** |
| 9:00 AM 18-3022 pcm ap | **US Trustee v. Szanto** | |
| 16-33185 | **Trial - Day 2** | |
| | US Trustee - pla | MARTIN L SMITH  x |
| | Peter Szanto - dft  US  x | Christian Torimino - UST |

Evidentiary Hearing:   Yes: ☒ xx   ☐

**After hearing testimony and argument, the court took the matter under advisement.**

Order to be prepared by:  ☐ Clerk's Office  ☐ Chamber  ☐ _____

**OD3 - Dismissal Order**
  #1 _____ Settled _____ (21) days.
  #2 _____ to Prepare Judgement/order _____ (21) days.
  #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
  #1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.
  #2 _____ Planning Conf. by ___-___-___ / No report.
  #3 _____ Discovery can proceed.
  #4 _____ No Planning Conf./Initial disclosures by ___-___-___.
  #5 _____ Discovery limited to _____.

Docket Entry:

Run Date:   02/06/20

Case 18-03022-pcm   Doc 285   Filed 02/05/20